IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Browley, Perry D

Printed: 03/10/09

Case Number: 08 B 07913
Judge: Hollis, Pamela S
Filed: 4/2/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: January 26, 2009
Confirmed: June 2, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 2,740.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,561.89 |
| Trustee Fee: |  | 178.11 |
| Other Funds: |  | 0.00 |
| Totals: | 2,740.00 | 2,740.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,794.00 | 2,561.89 |
| 2. | American Home Mortgage Servicing | Secured | 0.00 | 0.00 |
| 3. | American Home Mortgage Servicing | Secured | 20,328.95 | 0.00 |
| 4. | B-Real LLC | Unsecured | 179.61 | 0.00 |
| 5. | B-Real LLC | Unsecured | 149.87 | 0.00 |
| 6. | AT&T Wireless | Unsecured | 513.14 | 0.00 |
| 7. | B-Real LLC | Unsecured | 173.45 | 0.00 |
| 8. | St Mary of Nazareth Hospital | Unsecured | 1,416.85 | 0.00 |
| 9. | City Of Chicago Dept Of Revenue | Unsecured | 1,236.94 | 0.00 |
| 10. | Verizon North | Unsecured | 653.35 | 0.00 |
| | | | $ 28,446.16 | $ 2,561.89 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 178.11 |
|  | $ 178.11 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Browley, Perry D

Printed: 03/10/09

Case Number: 08 B 07913
Judge: Hollis, Pamela S
Filed: 4/2/08

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*/s/ Mach*